Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
**April 24, 2025**
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: **4:25-cr-00192** |
|---|---|---|
| v. | § | SEALED |
| RACHEL KEYES, Defendant | § | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Information:

**General Allegations**

1. The Federal Employee's Compensation Act ("FECA") provided for the payment of workers' compensation benefits to federal employees who suffered an on-the-job injury. The benefits under FECA included continuation of pay for up to 45 calendar days, payment for all necessary medical care, and reimbursement for medically-related travel. The United States Department of Labor ("DOL") Office of Workers Compensation Program ("OWCP") administered FECA workers' compensation benefits.

2. DOL-OWCP and FECA provided wage loss compensation and medical benefits to employees of the United States Postal Service ("USPS"). To receive workers' compensation benefits, USPS employees who suffered an on-the-job injury were required to file an "on-the-job injury claim" with USPS, which would be reviewed for approval by DOL-OWCP. If approved, workers' compensation-related payments would begin shortly thereafter.

3. DOL-OWCP offered reimbursement to approved injured USPS employees for traveling to and from physical therapy. Claimants seeking medically related travel

reimbursements were required to complete Form OWCP-957, entitled Medical Travel Refund Request. Form OWCP-957 required claimants to provide information to substantiate their medically-related travel claims, including the date of the medically-related travel, the starting and ending locations of the medically-related travel, the name and address of the medical facility, and the total distance in miles traveled and any parking/toll fees incurred.

4. Defendant RACHEL KEYES ("KEYES") was a resident of Beaumont, Texas, and was employed by the USPS as a City Carrier from on or about March 4, 2015 through in or about August 2024. KEYES filed an on-the-job injury claim on or about May 29, 2020.

## COUNT ONE
**False Statements Regarding Federal Employee Compensation**
**(18 U.S.C. § 1920)**

5. Paragraphs 1 through 4 are incorporated herein by reference.

6. Between on or about April 1, 2022 and on or about April 25, 2023, in the Southern District of Texas and elsewhere, the defendant,

**RACHEL KEYES,**

did knowingly and willfully make false statements on forms submitted to the DOL-OWCP claiming mileage reimbursement for land-based and aquatic therapy sessions that she did not actually attend.

All in violation of Title 18, United States Code, Section 1920.

NICHOLAS J. GANJEI
United States Attorney

By: *Alexander Alum*
Alexander Alum
Assistant United States Attorney

2